

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2019

No. 04-18-00694-CV

Paul D. **RICE** and M. Susan Rice,
Appellants

v.

Charles C. **HICKERSON** and Eva M. Hickerson,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 175739
The Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

The appellees' second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to May 1, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court